

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.:** 1-16-CR-_6_ |
| v. | VIOLATIONS: 18 U.S.C.§§ 2, 922(g)(1) |
| **E. EUGENE BRIDGES a/k/a "Gene"** | 924 (a)(2) and (c)(1)(A)(i) |
| and | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and |
| **GERALD KIMSEY   a/k/a "Jerry"** | 841(b)(1)(C) |

---

**THE GRAND JURY CHARGES**

## COUNT ONE

### (Possession with Intent to Distribute Methamphetamine)

On or about April 3, 2015, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**E. EUGENE BRIDGES a/k/a "Gene" and GERALD KIMSEY a/ka "Jerry,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury did knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine weighing more than 50 grams in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code Section 2.

## COUNT TWO

### (Possession with Intent to Distribute Heroin)

On or about April 3, 2015, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**E. EUGENE BRIDGES a/k/a "Gene" and GERALD KIMSEY a/ka "Jerry,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury did knowingly possess with the intent to distribute a Schedule I controlled substance, to wit: heroin in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code Section 2.

### COUNT THREE
### (Possession with Intent to Distribute Oxycodone)

On or about April 3, 2015, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**E. EUGENE BRIDGES a/k/a "Gene" and GERALD KIMSEY a/ka "Jerry,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury did knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: Oxycodone in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code Section 2.

### COUNT FOUR
### (Possession with Intent to Distribute Cocaine)

On or about April 3, 2015, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**E. EUGENE BRIDGES a/k/a "Gene" and GERALD KIMSEY a/ka "Jerry,"**

aided and abetted by one another and by others both known and unknown to the Grand Jury did knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: Cocaine in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code Section 2.

## COUNT FIVE
## (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 3, 2015, the exact date being unknown to the Grand Jury, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**E. EUGENE BRIDGES a/k/a "Gene" and GERALD KIMSEY a/ka "Jerry,"**

aided and abetted by one another and by persons both known and unknown to the Grand Jury did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: the offenses set forth in Counts 1-4 of this Indictment, said firearms being: 1) a Glock Model 23, .40 caliber pistol being serial number BZR908US; 2) a Stoeger, model Cougar 8040 F, .40 caliber pistol bearing serial number T6429-08-D031225; and, 3) a Lorcin, model L 380, .380 caliber pistol, serial number 143400 : all in violation of Title 18, United States Code Sections 2 and 924(c)(1)(A)(i).

## COUNT SIX
## (Possession of a Firearm by a Convicted Felon)

On or about April 3, 2015, the exact date being unknown to the Grand Jury in the Albany Division of the Middle District of Georgia, the defendant,

**E. EUGENE BRIDGES a/k/a "Gene"**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, to wit: 1) a Glock Model 23, .40 caliber pistol being serial number BZR908US; 2) a Stoeger, model Cougar 8040 F, .40 caliber pistol bearing serial number T6429-08-D031225; and, 3) a Lorcin, model L 380, .380 caliber pistol, serial number 143400.

which had previously been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

S/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

*(signature)*

LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __10__ *day of* __March__ *A.D. 20*__16__.

_____
Deputy Clerk