**Gene Bridges**
February 19

Well as of tomorrow I will be back on the job and if u need to get a holed of me call at 7336993 or at 854 8716 I'm back thanks and god bless u all

↪ Share

 9

 **Tony Moree** What job
· February 19 at 2:30am

> **Michelle Davis** The JOB that he is CEO of... He started it all and ill just leave it at that.
> 👍 1 · February 20 at 5:03pm

**GOVERNMENT EXHIBIT**
___1___



**Gene Bridges**
February 17

U no its been 10 months since a bitch snitched on me well I had to learn the hard way no matter if u doing it or not they will make it look bad hell I still have not been to court to see if they have a case well most of all I had to put back on my work clothes I'm working washing dishes for 7:45 a hr because I can't get a job n my ole field of work because u meet people who have lots of money and they don't want a drug dealer who carry's , 3 pistol just to be protected .Really this is a shout out to say if u think the money last forever ur wrong I made 300000 n 2006 trimming house and Enron hit with in 6 months everybody was broke and writing checks they no was no good so I started hustle hell I see ell candy to cardboard boxes but I just want u all to no the MF u trust just mite be the sonofbitch that knock ur head off all I'm saying b safe and that I got a job legal thanks to all the real niggas but to u fake ones ull never be safe hell god hates u and to these 90 baby's snitching ain't call saving ur self it called u a bitch ass punk or as Kaylee would say a dick riding punk .well that's all and god loves u and and I do to

↪ Share

👍 27

GOVERNMENT EXHIBIT
2

 👍 27

 **Cody Hardin** Hell yea
· February 17 at 2:16am

 **Shawn Hall** 2pack!
· February 17 at 2:50am

 **Wayne Brumbley** God love u brother and so do we keep your head up its going to b OK
· February 17 at 5:32am

 **Jessica Sullivan** amen
· February 17 at 1:00pm

 **Michael Kilgore** Move!
· February 17 at 6:58pm

 **Eddie Conner** Well said bro
· February 17 at 8:55pm

 **Gene Bridges** Fuck movingb9 th ave for life me Jamie Donnie brumbley Boo man. Jason Strickland Wayne Davis ed bloodswroth Shane and Cain ragan we were all so rite but we r blood to dead do us a part love yall
· 👍 1 · February 17 at 9:42pm

 **Wayne Brumbley** That's some fuck shit bro fuck policy blood to dead do us part and love y'all
· February 18 at 7:08am

 **Donna Todd Martin** Hang in there man your a good man!
· 👍 1 · February 18 at 10:10am

 **Jonathan Manriquez** Always bro keep your head up and pushing your stronger then anyone knows love you bro