# GOVERNMENT'S EXHIBIT LIST – SENTENCING HEARING

U.S. District Court, Middle District of Georgia
ALBANY DIVISION @ ALBANY GA

Date(s): September 14, 2017

## USA v. E. Eugene Bridges
## Case No.: 1:16-cr-6-1 (LJA)

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Printed Facebook post | X | X |
| 2 | Excerpt from debriefing report | X | X |