**Gene Bridges**
February 17 ·

U no its been 10 months since a bitch snitched on me well I had to learn the hard way no matter if u doing it or not they will make it look bad hell I still have not been to court to see if they have a case well most of all I had to put back on my work clothes I'm working washing dishes for 7:45 a hr because I can't get a job n my ole field of work because u meet people who have lots of money and they don't want a drug dealer who carry's , 3 pistol just to be protected .Really this is a shout out to say if u think the money last forever ur wrong I made 300000 n 2006 trimming house and Enron hit with in 6 months everybody was broke and writing checks they no was no good so I started hustle hell I see ell candy to cardboard boxes but I just want u all to no the MF u trust just mite be the sonofbitch that knock ur head off all I'm saying b safe and that I got a job legal thanks to all the real niggas but to u fake ones ull never be safe hell god hates u and to these 90 baby's snitching ain't call saving ur self it called u a bitch ass punk or as Kaylee would say a dick riding punk .well that's all and god loves u and and I do to

→ Share

👍 27



GOVERNMENT EXHIBIT
1