JIMMY WALDROP:

MILES has known WALDROP since high school and described WALDROP as obtaining controlled substances from MILES since the start of MILES' distribution activity. Initially, WALDROP would obtain (1) one ounce of methamphetamine on

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a
GBI Supervisor
Page 5 of 13
586866 EXHIBIT
**15-0125-21-15**

Friday after work and eventually moved up to obtain multiple ounces at a time. WALDROP was supplying EARL BRIDGES on "The Avenues" in Albany, Georgia, and an unknown customer base in Panama City Beach, Florida.

